ARNEY v. ARNEY

No. 671P84.

Case below: 71 N.C. App. 218.

Petition by defendant for discretionary review under G.S. 7A-31 denied 30 January 1985.

BUNN v. N. C. STATE-UNIVERSITY

No. 704P84.

Case below: 70 N.C. App. 699.

Petition by respondent (ESC) for discretionary review under G.S. 7A-31 denied 30 January 1985.

DENISE v. CORNELL

No. 61P85.

Case below: 72 N.C. App. 358.

Petition by defendants for writ of supersedeas and temporary stay denied 4 February 1985.

ELLER v. COCA-COLA CO.

No. 642P84.

Case below: 70 N.C. App. 787.

Petition by defendant for discretionary review under G.S. 7A-31 denied 30 January 1985. Notice of appeal by defendant dismissed 30 January 1985.

HARRIS v. WALDEN

No. 641PA84.

Case below: 70 N.C. App. 616.

Petition by defendants for discretionary review under G.S. 7A-31 allowed 30 January 1985.